UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                                    *

   WARREN SAMUEL WALTERS           *     Case No. 14-24671-TJC

   LINDA SUE WALTERS                      *          Chapter 13

     Debtors                                         *

*         *         *         *         *         *         *

TRUSTEE'S LINE OF NO OPPOSITION

    Robert S. Thomas, II, Chapter 13 Trustee, files this Line stating that he has no opposition to the Debtors' Motion to Modify Chapter 13 Plan and Substitute Modified Plan (Doc 149-1).

                                                                    Respectfully submitted,

Date:  May 9, 2019                         /s/  Robert S. Thomas, II
                                                Robert S. Thomas, II, Trustee
                                                300 E. Joppa Road, Suite #409
                                                Towson, MD 21286
                                                (410) 825-5923   inquiries@ch13balt.com
                                                Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

    I hereby certify that on, May 9, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Line of No Opposition will be served electronically by the Court's CM/ECF system on the following:

    Daniel Alan Staeven dstaeven@fftlaw.com,
dan@ecf.courtdrive.com,marybeth@ecf.courtdrive.com,
lramsey@fftlaw.com,mbking@fftlaw.com,a.dr77798@notify.bestcase.com
    Daniel O. Callaghan bankruptcy@bww-law.com
    Hope J.R. Blocton bankruptcy@bww-law.com
    Karen H. Moore karen@russacklaw.com, celia@russacklaw.com
    Leah Christina Freedman leah.freedman@bww-law.com, bankruptcy@bww-law.com
    Neil R. White Neil.White@usdoj.gov, Angelica.James@usdoj.gov

    I hereby certify that on, May 9, 2019, a copy of the Line of No Opposition was also mailed first class mail, postage prepaid to:

    WARREN SAMUEL and LINDA SUE WALTERS
    13061 HICKORY DRIVE
    GALENA, MD 21635

                                                          /s/  Robert S. Thomas, II
                                                         Robert S. Thomas, II, Trustee